IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: PETER L. BEAUDRY | ) |
| | ) |
| Option One Mortgage, | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 05B13309 |
| | ) JUDGE A. Benjamin Goldgar |
| PETER L. BEAUDRY, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Option One Mortgage, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the December 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of February 15, 2008:

    a. Attorney's Fees         $250.00
    b. Property Inspections     $19.40
    c. Late Charges            $125.47
    Total                      $394.87

If no challenge to foregoing is made by response filed with the court within thirty days of this notice Option One Mortgage's rights to collect these amounts will be unaffected.

Respectfully Submitted,
Option One Mortgage

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733
Pierce and Associates, P.C.
1 North Dearborn, 13th Floor
Chicago, Illinois 60602