```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 13309
   PETER L BEAUDRY
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8474


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/08/05 and confirmed on 07/08/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  27364.04 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
OPTION ONE MORTGAGE CO   CURRENT MORTG         .00            .00            .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE       22225.40         .00         22225.40
CHARTER ONE              UNSECURED           NOT FILED        .00            .00
COOK COUNTY ACCEPTANCE C UNSECURED           NOT FILED        .00            .00
CROSS COUNTRY BANK       UNSECURED           NOT FILED        .00            .00
LAKE ANIMAL CLINIC       UNSECURED           NOT FILED        .00            .00
METROPOLITAN COLLECTIONS UNSECURED           NOT FILED        .00            .00
NICOR GAS                UNSECURED            1652.51         .00          1652.51
PETER CHHABRIA MD        UNSECURED           NOT FILED        .00            .00
ROBERT J DDS             UNSECURED             435.65         .00           435.65
SBC AMERITECH            UNSECURED           NOT FILED        .00            .00
SENTRY INSURANCE         UNSECURED           NOT FILED        .00            .00
VILLAGE OF ROUND LAKE    UNSECURED           NOT FILED        .00            .00
           Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22225.40        .00        2088.16         .00        24313.56
PRINCIPAL PAID      22225.40        .00        2088.16         .00        24313.56
INTEREST PAID           .00         .00            .00         .00             .00
TOTAL PAID          22225.40        .00        2088.16         .00        24313.56
The Debtor's attorney, SHAW & FOLEY LLC                    , was allowed $  2700.00
and was paid $    806.00   direct and $   1894.00  through the plan.

The Trustee received $   1156.48 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 05 B 13309 PETER L BEAUDRY
```